UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| *Wegner*, 3:06-CV-00975 ) | |

## ORDER

Before the court is an amended motion to substitute Diane Plumeri for her late mother, Sandra Wegner, as the plaintiff in this case. (MDL Doc. 7169; Related Case 72) Ms. Plumeri has filed a copy of "Letters of Special Administration" granted to her by the Circuit Court for Milwaukee, Wisconsin on November 22, 2013. (MDL Doc. 7169, Ex. A; Related Case 72) The motion to substitute (MDL Doc. 7169; Related Case 72) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** the 20th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge